O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO CERVANTES, | ) | Case No. CV 12-09889 DDP (MRWx) |
| Plaintiff, | ) | ORDER RE: MOTIONS IN LIMINE |
| v. | ) | |
| COUNTY OF LOS ANGELES; DEPUTY PAUL CRUZ #412035 individually and as a peace officer; DEPUTY VICTOR CISNEROS #519470 individually and as a peace officer, | ) | |
| Defendants. | ) | |

Defendants' Motions in Limine numbers 1, 4, and 5 (Dkt. 58, 61, 62) are GRANTED.  Defendants' Motion in Limine #2 (Dkt. 59) is GRANTED. Plaintiff may, however, question Defendant Cruz regarding his current employment.  Defendants' Motion in Limine #3 (Dkt. 60) is GRANTED in part and DENIED in part.  The motion is granted with respect to Orelia Cervantes' testimony.  The motion is denied with respect to Plaintiff's medical bills.

///

///

1        Plaintiff filed four separate Motions in Limine under one
2   docket entry (Dkt. 56).  Of those, motions one through three are
3   GRANTED.  Plaintiff's Motion in Limine #4 is GRANTED in part and
4   DENIED in part.  Plaintiff may utilize portions of videos that
5   depict Plaintiff's injuries.

7   IT IS SO ORDERED.

10  Dated: December 4, 2014            _____
11                                     DEAN D. PREGERSON
                                       United States District Judge

2