JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO CERVANTES<br><br>                    PLAINTIFF(S),<br>    v.<br>COUNTY OF LOS ANGELES; DEPUTY PAUL CRUZ #412035 individually and as a peace officer; DEPUTY VICTOR CISNEROS #519470 individually and as a peace officer<br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>CV 12-09889 DDP (MRWx)<br><br>JUDGMENT ON THE VERDICT<br><br>FOR PLAINTIFF(S) |

   This action having been tried before the Court sitting with a jury, the Honorable Dean D. Pregerson, District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict.

   A Final Judgment shall be issued hereafter.

Dated: December 11, 2014

                                        CLERK, U.S. DISTRICT COURT

                                        /s/  John A. Chambers, Deputy Clerk

CV-49

(11/96)         JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)