UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No.: CV12-09889 DDP (MRWx)<br><br>FINAL JUDGMENT<br><br>[CLOSED] |

　　　　Pursuant to Rule 54 and Rule 58 of the Federal Rules of Civil Procedure, by reason of the Court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　　　Plaintiff is the prevailing party in this matter with respect to the recovery of allowed costs as set forth in Rule 54 of the Federal Rules of Civil Procedure.

　　　　Defendant County of Los Angeles is dismissed from this action with prejudice.

　　　　Judgment is entered in favor of Plaintiff Eduardo Cervantes as against Defendants Paulo Cruz and Vincent Cisneros; and Plaintiff Eduardo Cervantes

shall recover from Defendants Paulo Cruz and Vincent Cisneros $500,000.00 in compensatory damages and $264,304.62 in attorneys' fees and unreimbursed expenses.

**IT IS SO ORDERED**.

Dated:  March 16, 2016

THE HONORABLE DEAN D. PREGERSON
United States District Judge
Central District of California